## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION 00003

DONALD RICHARD, *et al.,*

               **Plaintiffs,**

     vs.                       **Case No. 2:13-cv-1013**
                                      **Judge Graham**
                                      **Magistrate Judge King**

GARY C. MOHR, *et al.,*

               **Defendants.**

### ORDER

On July 10, 2019, the United States Magistrate Judge recommended that the motion for relief from judgment filed by Plaintiffs Richard and Calo, *Motion for Relief from Judgment*, ECF No. 22, be denied. *Report and Recommendation*, ECF No. 25. The Court adopted that recommendation, without objection, on July 31, 2019. *Order*, ECF No. 28. Plaintiffs Richard and Calo now ask for an extension of time in which to file objections to the July 10, 2019, *Report and Recommendation*, ECF No. 25. *Motion for Relief from Judgment*, ECF No. 29. They represent that they did not receive a copy of the *Report and Recommendation* until the day before the time for objection passed, *i.e.*, July 23, 2019.

Plaintiffs' *Motion for Relief from Judgment*, ECF No. 29, is **GRANTED.** The *Order* adopting the *Report and Recommendation*, ECF No. 28, is **VACATED.** Plaintiffs may have until August 21, 2019, to file objections to the July 10, 2019, *Report and Recommendation*, ECF No. 25.

Date: August 7, 2019
                                   _____s/James L. Graham_____
                                    James L. Graham
                                    United States District Judge